UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HILARIA J. QUINONES,

                Plaintiff,

-against-                               24 **CIVIL** 9758 (LLS)

**JUDGMENT**

CITY OF NEW YORK, ET AL.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 12, 2025, the Court has dismissed the complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); accordingly, the case is closed.

**Dated:** New York, New York

      May 15, 2025

                                                  **TAMMI M HELLWIG**
                                                    **Clerk of Court**

                         **BY:**               K. Mango

                                                    **Deputy Clerk**